[No. 4689–1. Division One. March 13, 1978.]

HUI–SUNG CHEN, ET AL, *Appellants,* v. THE CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 805050, James J. Dore, J., entered April 1, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5288–1. Division One. March 13, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT LEE PAYTON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 77051, Erle W. Horswill, J., entered December 17, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5145–1. Division One. March 13, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN REYNOLDS, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 3293, Walter J. Deierlein, Jr., J., entered November 1, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James and Swanson, JJ.